# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

143999

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 143999
                                   COA: 305105
JAMES MATTHEW EAVES,                    Muskegon CC: 03-049612-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416